1  BILAL A. ESSAYLI
   United States Attorney
2  CHRISTINA T. SHAY
   Assistant United States Attorney
3  Chief, Criminal Division
   SAMUEL J. DIAZ (Cal. Bar No. 304503)
4  Assistant United States Attorney
   Transnational Organized Crime Section
5      1400 United States Courthouse
       312 North Spring Street
6      Los Angeles, California 90012
       Telephone: (213) 894-3045
7      Facsimile: (213) 894-6269
       E-mail:    samuel.diaz@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT

07/15/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

10                  UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          CR 2:25-CR-00595-MCS

13          Plaintiff,                 GOVERNMENT'S *EX PARTE* APPLICATION
                                       FOR ORDER SEALING INDICTMENT AND
14            v.                       RELATED DOCUMENTS; DECLARATION OF
                                       SAMUEL J. DIAZ
15  YEVGENI GERSHMAN, et al.,
                                       **(UNDER SEAL)**
16          Defendants.

17

18      The government hereby applies ex parte for an order that the

19  indictment and any related documents in the above-titled case (except

20  the arrest warrants for the charged defendants) be kept under seal

21  until the government files a "Report Commencing Criminal Action" in

22  this matter.

23  //

24  //

25  //

26  //

27  //

28  //

1      This <u>ex parte</u> application is made pursuant to Federal Rule of

2  Criminal Procedure 6(e)(4) and is based on the attached declaration

3  of Samuel J. Diaz.

4   Dated: July 15, 2025         Respectfully submitted,

5                                     BILAL A. ESSAYLI
                                   United States Attorney

6

7                                     CHRISTINA T. SHAY
                                   Assistant United States Attorney
                                   Chief, Criminal Division

8

9

10                                     SAMUEL J. DIAZ
                                   Assistant United States Attorney

11

12                                     Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF SAMUEL J. DIAZ**

I, Samuel J. Diaz, declare as follows:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.  I represent the government in the prosecution of United States v. Gershman, et al., the indictment in which is being presented to a federal grand jury in the Central District of California on July 15, 2025.

2.    The defendants charged in the above-captioned indictment have not been taken into custody on the charges contained in the indictment and have not been informed that they are being named as defendants in the indictment to be presented to the grand jury on July 15, 2025.  The likelihood of apprehending defendants might be jeopardized if the indictment in this case were made publicly available before defendants are taken into custody on the indictment.

3.    Accordingly, the government requests that the indictment and sealed documents in this case (except the arrest warrants) be sealed and remain so until one of the defendants is taken into custody on the charges contained in the indictment and the government files a "Report Commencing Criminal Action" in this matter.

4.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on July 15, 2025.


SAMUEL J. DIAZ

1