

FILED
CLERK, U.S. DISTRICT COURT

JUL 30 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF

v.

Yevgeni Gershman,

DEFENDANT(S).

CASE NUMBER

2:25-CR-595-MCS

### ORDER OF TEMPORARY DETENTION
### PENDING HEARING PURSUANT
### TO BAIL REFORM ACT

Upon motion of _____defendant_____, IT IS ORDERED that a detention hearing is set for ___8/7___, _____, at _10:00_ ☑a.m. / ☐p.m. before the Honorable ___J. Choolian___, in Courtroom ___750___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _7/30/2025_          _____
                            U.S. District Judge/Magistrate Judge

---

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**