**Kenner Law Firm**
**David Kenner, SBN 41425**
16633 Ventura Blvd., Ste. 735
Encino, CA 91436
Phone: (818) 995-1195
Fax: (818) 475-5369
Email: David@KennerLaw.Com
*Attorney for Defendant*
YEVGNI GERSHMAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNTED STATES OF AMERICA,<br><br>  Plaintiffs,<br><br>  v.<br><br>  YEVGNI GERSHMAN<br><br>  Defendants. | Case No. **2:25-cr-00595-MCS-1**<br><br>**ORDER GRANTING DEFENDANT YEVGENI GERSHMANS REQUEST FOR SUBSTITUTION OF COUNSEL (ECF No. 123)**<br><br>Judge:   Hon. Mark C. Scarci |

Having considered the "Request for Approval of Substitution or Withdrawal of Counsel" submitted in this matter, and good cause appearing therefore, the Court orders as follows:

- **Withdrawal of Counsel:** The request for withdrawal of John Hanusz, Esq., of Hanusz Law, PC, as counsel of record for Defendant Yevgeni Gershman is hereby GRANTED.

- **Substitution of Counsel:** The substitution of David E. Kenner, Esq., of Kenner Law Firm, as RETAINED counsel of record for Defendant Yevgeni Gershman is hereby APPROVED.

- **Effective Date:** This order is effective immediately upon entry of this order.

**IT IS SO ORDERED.**

Dated: September 2, 2025

Honorable Mark C. Scarci
United States District Judge

## PROOF OF SERVICE

I am a citizen of the United States and a resident of the County of LOS ANGELES, State of California. I am over the age of 18 years old and not a party to the within action. My office address is 16633 Ventura Blvd Suite 735 Encino Ca, 91436.

On the date of execution of this document, I personally served by facsimile a true and correct copy of the **[PROPOSED] ORDER GRANTING DEFENDANT YEVGENI GERSHMANS MOTION FOR SUBSTITUTION OF COUNSEL**

to the following:

Samuel J. Diaz:
Samuel.Diaz@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 28, 2025 at Encino, California.

_____
Steve McClain