# Exhibit A



# Exhibit B



License No. 569274

August 5, 2025

To Whom It May Concern

Re: Yevgeni Greshman

This letter is to confirm that Mr. Yevgeni Greshman has been working with **Sabag Electrical Corporation** since January 1, 2023.

Mr. Greshman is working at the company offices as a Financial Analyst and over-sees preparing bids, analyzing projects costs and calculating profitability.

Throughout his work with the company Mr. Greshman proved himself as a valuable employee for the company. Mr. Greshman has consistently demonstrated a high level of professionalism, dedication and reliability.

Mr. Greshman work ethic and positive attitude have made him a valuable member of our team.

Should you require any further information regarding Mr. Greshman, please do not hesitate to contact our office.

Sincerely,

Jonathan Sabag
CEO

8768 Yolanda Avenue Northridge, CA 91324
Tel No. (818) 701 6800   Fax No. (818) 701 6809
www.sabagelectric.com

# Exhibit C

Sabag Electric Corporation
Northridge, Ca 91324

Yevgeni Greshman
6644 Glade Ave
Woodland Hills, CA 91303

---

| Employee Pay Stub | Check number: 4180 | Pay Period: 05/26/2025 - 06/08/2025 | Pay Date: 06/13/2025 |
|---|---|---|---|

**Employee**: Yevgeni Greshman, 6644 Glade Ave, Woodland Hills, CA 91303

**SSN**: ***-**-2409

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary - Office | | | 2,500.00 | 27,500.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| FIT - Federal Income Tax | -227.00 | -2,497.00 |
| Social Security Employee | -155.00 | -1,705.00 |
| Medicare Employee | -36.25 | -398.75 |
| SIT - State Income Tax | -93.80 | -1,031.80 |
| SDI - State Disability Ins. | -30.00 | -330.00 |
| | -542.05 | -5,962.55 |
| **Net Pay** | **1,957.95** | **21,537.45** |

Sabag Electric Corporation, Northridge, Ca 91324

Powered by Intuit Payroll

Scanned with CamScanner

Sabag Electric Corporation
Northridge, Ca 91324

Yevgeni Greshman
6644 Glade Ave
Woodland Hills, CA 91303

| Employee Pay Stub | | Check number: 4215 | | | Pay Period: 06/09/2025 - 06/22/2025 | Pay Date: 06/27/2025 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| Yevgeni Greshman, 6644 Glade Ave, Woodland Hills, CA 91303 | | | | | ***-**-2409 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary - Office | | | 2,500.00 | 30,000.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| FIT - Federal Income Tax | -227.00 | -2,724.00 |
| Social Security Employee | -155.00 | -1,860.00 |
| Medicare Employee | -36.25 | -435.00 |
| SIT - State Income Tax | -93.80 | -1,125.60 |
| SDI - State Disability Ins. | -30.00 | -360.00 |
| | -542.05 | -6,504.60 |

| Net Pay | 1,957.95 | 23,495.40 |
|---|---|---|

Sabag Electric Corporation, Northridge, Ca 91324

Powered by Intuit Payroll

Scanned with
CS CamScanner

Sabag Electric Corporation
Northridge, Ca 91324

Yevgeni Greshman
6644 Glade Ave
Woodland Hills, CA 91303

| Employee Pay Stub | | Check number: 4252 | | | | Pay Period: 06/23/2025 - 07/06/2025 | Pay Date: 07/11/2025 |
|---|---|---|---|---|---|---|---|
| Employee | | | | | | SSN | |
| Yevgeni Greshman, 6644 Glade Ave, Woodland Hills, CA 91303 | | | | | | ***-**-2409 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary - Office | | | 2,500.00 | 32,500.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| FIT - Federal Income Tax | -227.00 | -2,951.00 |
| Social Security Employee | -155.00 | -2,015.00 |
| Medicare Employee | -36.25 | -471.25 |
| SIT - State Income Tax | -93.80 | -1,219.40 |
| SDI - State Disability Ins. | -30.00 | -390.00 |
| | -542.05 | -7,046.65 |
| **Net Pay** | **1,957.95** | **25,453.35** |

Sabag Electric Corporation, Northridge, Ca 91324

Powered by Intuit Payroll

Sabag Electric Corporation
Northridge, Ca 91324

Yevgeni Greshman
6644 Glade Ave
Woodland Hills, CA 91303

| Employee Pay Stub | Check number: 4287 | Pay Period: 07/07/2025 - 07/20/2025 | Pay Date: 07/25/2025 |
|---|---|---|---|

| Employee | SSN |
|---|---|
| Yevgeni Greshman, 6644 Glade Ave, Woodland Hills, CA 91303 | ***-**-2409 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary - Office | | | 2,500.00 | 35,000.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| FIT - Federal Income Tax | -227.00 | -3,178.00 |
| Social Security Employee | -155.00 | -2,170.00 |
| Medicare Employee | -36.25 | -507.50 |
| SIT - State Income Tax | -93.80 | -1,313.20 |
| SDI - State Disability Ins. | -30.00 | -420.00 |
| | -542.05 | -7,588.70 |
| **Net Pay** | 1,957.95 | 27,411.30 |

Sabag Electric Corporation, Northridge, Ca 91324

Powered by Intuit Payroll