1  **DAVID E. KENNER**
2  **Cal. Bar No. 41425**
3  **Kenner Law Firm, LLP**
   **16633 VENTURA BLVD., #735**
4  **ENCINO, CALIFORNIA  91436**
5  **PHONE: (818) 995-1195**
   **EMAIL: DAVID@KENNERLAW.COM**
6
7  **ATTORNEY FOR DEFENDANT**
   **YEVGENI GERSHMAN**
8

9                **UNITED STATES DISTRICT COURT**
10               **CENTRAL DISTRICT OF CALIFORNIA**
                 **WESTERN DIVISION**
11

| | |
|---|---|
| 12 **UNITED STATES OF AMERICA,** | **CASE NO. 2:25-CR-00595-MCS** |
| 13 | **NOTICE OF SANCTION** |
| 14 **PLAINTIFF,** | |
| 15 **vs.** | **DATE: 12/31/2025** |
| 16 **YEVGENI GERSHMAN,** | **PLACE: Dept 7C** |
| 17 | |
| 18 **DEFENDANT.** | |

19

20      PLEASE TAKE NOTICE that pursuant to California Rule of Court 9.10
21 this will serve as notice of the ninety (90) day suspension of attorney David E.
22 Kenner effective January 1, 2026.

23

24

25

26

27

28
                            - 1 -
                     NOTICE OF SANCTION

1   Respectfully submitted this 31st  day of December , 2025

2

3                                    KENNER LAW FIRM, LLP

4

5

6                                    _David Kenner_____

                                     David E. Kenner
7                                    Attorney for Defendant
                                     YEVGENI GERSHMAN
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    - 2 -
                              NOTICE OF SANCTION

1

2

3

4

5

PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

6

7

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is:

8

9

10

KENNER LAW FIRM, APC
16633 Ventura Boulevard, Suite 735
Encino, CA 91436
Ph: (818) 995-1195
Fx: (818) 475-5369

11

12

On November 25, 2025, I served the foregoing document described Notice of Sanctions, on the interested parties by, Email:

13

Samuel Diaz

14

samuel.diaz@usdoj.gov

15

16

17

[ ]      BY U.S. MAIL; I placed such envelope(s) addressed as shown below, with postage fully prepaid, in a United States Postal service mailbox in Encino, California, for collection and mailing.

18

19

[X]      VIA FACSIMILE: I caused such document to be served via facsimile to the addressee(s) and number(s) shown below.

20

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

21

22

EXECUTED under penalty of perjury this 31st day of Decmber 2025, at Encino, California.

23

24

*SM*

_____
Steve McClain

25

26

27

28

- 3 -

NOTICE OF SANCTION